# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Jeremy Robertson, | Civil Action No.: 2:18-cv-00092-RWS-JCF |
| Plaintiff, | |
| v. | |
| Creditor's Collection Service, Inc.; and DOES 1-10, inclusive, | **COMPLAINT** <br> **JURY TRIAL DEMANDED** |
| Defendants. | |

For this Complaint, Plaintiff, Jeremy Robertson, by undersigned counsel, states as follows:

## JURISDICTION

1. This action arises out of Defendants' repeated violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (the "FDCPA").

2. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b), in that Defendants transact business in this District and a substantial portion of the acts giving rise to this action occurred in this District.

## PARTIES

3. Plaintiff, Jeremy Robertson ("Plaintiff"), is an adult individual residing in Jefferson, Georgia, and is a "consumer" as the term is defined by 15 U.S.C. § 1692a(3).

4.	Defendant Creditor's Collection Service, Inc. ("CCS"), is a Virginia business entity with an address of 4530 Old Cave Spring Road SW, Roanoke, Virginia 24018, operating as a collection agency, and is a "debt collector" as the term is defined by 15 U.S.C. § 1692a(6).

5.	Does 1-10 (the "Collectors") are individual collectors employed by CCS and whose identities are currently unknown to Plaintiff.  One or more of the Collectors may be joined as parties once their identities are disclosed through discovery.

6.	CCS at all times acted by and through one or more of the Collectors.

## ALLEGATIONS APPLICABLE TO ALL COUNTS

### A. The Debt

7.	Plaintiff allegedly incurred a financial obligation (the "Debt") to an original creditor (the "Creditor").

8.	The Debt arose from services provided by the Creditor which were primarily for family, personal or household purposes, which meets the definition of a "debt" under 15 U.S.C. § 1692a(5).

9.	The Debt was purchased, assigned or transferred to CCS for collection, or CCS was employed by the Creditor to collect the Debt.

10.	Defendants attempted to collect the Debt and, as such, engaged in "communications" as defined in 15 U.S.C. § 1692a(2).

### B. CCS Engages in Harassment and Abusive Tactics

11.     In January 2018, CCS began calling Plaintiff in an attempt to collect the Debt.

12.     CCS left several voicemail messages for Plaintiff.

13.     The messages failed to inform Plaintiff that the calls were from a debt collector in an attempt to collect the Debt.

### C. Plaintiff Suffered Actual Damages

14.     Plaintiff has suffered and continues to suffer actual damages as a result of Defendants' unlawful conduct.

15.     As a direct consequence of Defendants' acts, practices and conduct, Plaintiff suffered and continues to suffer from humiliation, anger, anxiety, emotional distress, fear, frustration and embarrassment.

### COUNT I
### VIOLATIONS OF THE FDCPA 15 U.S.C. § 1692, *et seq.*

16.     Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

17.     Defendants' conduct violated 15 U.S.C. § 1692d in that Defendants engaged in behavior the natural consequence of which was to harass, oppress, or abuse Plaintiff in connection with collection of the Debt.

18. Defendants' conduct violated 15 U.S.C. § 1692e in that Defendants used false, deceptive and/or misleading representations or means in connection with collection of the Debt.

19. Defendants' conduct violated 15 U.S.C. § 1692e(10) in that Defendants employed false and deceptive means to collect the Debt.

20. Defendants' conduct violated 15 U.S.C. § 1692e(11) in that Defendants failed to inform the consumer that communications were an attempt to collect the Debt.

21. Defendants' conduct violated 15 U.S.C. § 1692f in that Defendants used unfair and unconscionable means to collect the Debt.

22. The foregoing acts and omissions of Defendants constitute numerous and multiple violations of the FDCPA.

23. Plaintiff is entitled to damages as a result of Defendants' violations.

## COUNT II
## VIOLATION OF THE GEORGIA FAIR BUSINESS PRACTICES ACT, O.C.G.A. § 10-1-390, *et seq.*

24. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein.

25. Plaintiff is a "consumer" as the term is defined by O.C.G.A. § 10-1-392(6).

26. Plaintiff incurred a Debt as a result of engaging in "[c]onsumer transactions" as the term is defined by O.C.G.A. § 10-1-392(10).

27. Defendants' unfair or deceptive acts to collect the Debt occurred in commerce, in violation of O.C.G.A. § 10-1-393(a).

28. Plaintiff suffered mental anguish, emotional distress and other damages in an amount to be proven at trial.

29. Defendant's failure to comply with these provisions constitutes an unfair or deceptive act under O.C.G.A. § 10-1-393(a) and, as such, Plaintiff is entitled to damages plus reasonable attorney's fees.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff prays that judgment be entered against Defendants:

1. Actual damages pursuant to 15 U.S.C. § 1692k(a)(1) and O.C.G.A. § 10-1-399(a);

2. Statutory damages of $1,000.00 pursuant to 15 U.S.C. §1692k(a)(2)(A);

3. Treble damages pursuant to O.C.G.A. § 10-1-399(c);

4. Costs of litigation and reasonable attorney's fees pursuant to 15 U.S.C. § 1692k(a)(3) and O.C.G.A. § 10-1-399(d);

5. Punitive damages pursuant to O.C.G.A. § 10-1-399(a); and

6. Such other and further relief as may be just and proper.

**TRIAL BY JURY DEMANDED ON ALL COUNTS**

Dated: June 8, 2018

          Respectfully submitted,

          By: /s/ Sergei Lemberg, Esq.
          Attorney Bar No.: 598666
          Attorney for Plaintiff Jeremy Robertson
          LEMBERG LAW, L.L.C.
          43 Danbury Road, 3rd Floor
          Wilton, CT 06897
          Telephone: (203) 653-2250 ext. 5500
          Facsimile:   (203) 653-3424
          Email: slemberg@lemberglaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

|  |  |
|---|---|
| Jeremy Robertson, | : |
|  | : |
| Plaintiff, | : Civil Action No.: _____ |
| v. | : |
| Creditor's Collection Service, Inc. ; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## PLAINTIFF JEREMY ROBERTSON'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Plaintiff Jeremy Robertson hereby files this Certificate of Interested Persons and Corporate Disclosure Statement. Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.3, Plaintiff states as follows:

(1) The undersigned counsel of record for Plaintiff certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

   a. Plaintiff Jeremy Robertson

   b. Defendant Creditor's Collection Service, Inc.

(2)     Plaintiff does not have a parent corporation. The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

       a. Defendant Creditor's Collection Service, Inc.

(3)     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

       a. Sergei Lemberg, Esq., attorney for Plaintiff

Submitted this day of February 25, 2018.

                           By: /s/ Sergei Lemberg, Esq.
                           Attorney Bar No.: 598666
                           Attorney for Plaintiff Jeremy Robertson
                           LEMBERG LAW, L.L.C.
                           43 Danbury Road, 3rd Floor
                           Wilton, CT 06897
                           Telephone: (203) 653-2250 ext. 5500
                           Facsimile:  (203) 653-3424
                           Email: slemberg@lemberglaw.com